## 60594. WOOTEN v. HILL et al.

SHULMAN, Presiding Judge.

This court having entered on November 24, 1980, a judgment in the above-styled case, 156 Ga. App. 570 (275 SE2d 147), reversing the judgment of the trial court; and the judgment of this court having been reversed on certiorari by the Supreme Court in *Hill v. Wooten,* 247 Ga. 737 (279 SE2d 227) the judgment heretofore rendered by this court and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Quillian, C. J., and Carley, J., concur.*

DECIDED SEPTEMBER 9, 1981.

*E. Wayne Wallhausen,* for appellant.
*Toby B. Prodgers, Jerry Gentry,* for appellees.